## Commonwealth *v.* Finnie, Appellant.

Submitted May 21, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard D. Walker*, Public Defender, for appellant.

*Marion E. MacIntyre*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 19, 1973:
Order affirmed.